JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, ) | CASE NO. SACV 13-0060-DOC(ANx) |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| V. ) | ORDER DISMISSING CIVIL ACTION |
| ) | |
| ARCADIA RESTAURANT VENTURES, ) LLC, ET AL., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated. The Order to Show Cause issued on March 13, 2013 is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: March 15, 2013

DAVID O. CARTER
United States District Judge